UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
2014-2171

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000



Order Filed on July 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lee C. Barney
Lori B. Petersen-Barney

Case No.: 15-10082-MBK

Hearing Date: 05/23/2017

Judge:  Honorable Michael B. Kaplan

Chapter: 13

## ORDER MODIFYING STAY

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby **ORDERED**.

**DATED: July 24, 2017**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Lee C. Barney and Lori B. Petersen-Barney
Case No.: 15-10082-MBK
Caption of Order:                    ORDER MODIFYING STAY

Upon the Motion for Relief from the Automatic Stay filed on by Powers Kirn, LLC, on behalf of Wells Fargo Bank, N.A., debtor(s)' mortgagee, under Bankruptcy Code section 362(d), along with the opposition filed thereto by the Debtors, as represented by Ira S. Kornstein, Esquire, and the Court having heard oral argument on the matter, and for cause shown, it is hereby

**ORDERED** as follows:

1. The automatic stay is modified to permit the Mortgagee, its successors or assignees, to institute or resume and prosecute a foreclosure proceeding with respect to the real property known as 6 Van Deripe Road, Hillsborough, New Jersey, 08844-1801, up to and including the entry of a final judgment in foreclosure in one or more actions in the court(s) of appropriate jurisdiction.

2. The Mortgagee, its successors or assignees, shall make a further application to this Court before it may schedule a sheriff sale relative to the subject property.

3. The Mortgagee, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage in order to potentially pursue loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.

4. The Mortgagee, its successors or assignees, may join the Debtors and any Trustee appointed in this case as Defendants in action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

5. The Mortgagee, its successors or assignees, shall server this Order on the Debtors, Debtors' counsel, the Standing Chapter 13 Trustee, and any other party who entered an appearance on the Motion.